No. 09-367. Brian Russell Dolan, Petitioner v. United States.

559 U.S. 1003, 130 S. Ct. 1934, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2563.

March 22, 2010. Motion of petitioner for leave to proceed further herein in forma pauperis and for appointment of counsel granted. Pamela S. Karlan, Esq.,

of Stanford, California, is appointed to serve as counsel for the petitioner in this case.